# U. S. COURT OF FEDERAL CLAIMS DEFICIENCY MEMORANDUM

Docket No. 02-1624 C

TO: Judge Allegra

FROM: Clerk's Office

The attached was received on 3/24/03 and the following defect(s) is/are noted:

- [ ] Wrong PDF attached
- [ ] Wrong event used
- [ ] PDF over 1MB size limit
- [ ] PDF not readable or wrong formatting
- [ ] Untimely, due to be filed by ____________ [ Rule 7.1or Order dated ]
- [ ] Not signed by the attorney of record: for plaintiff
  [ Rule 11 and 83.1(c)(2) ]
- [ ] Proof of service (for by hand service) is not signed or dated [ Rule 5.1 ]

Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| [ ] | 7(b) | re: brief, supporting memorandum, affidavits shall be attached to motion |
| [ ] | 56(h) | re: proposed findings or response to proposed findings is missing |
| [ ] | 56.1(b) | re: statement of facts or counter-statement of facts is missing |
| [ ] | 5.2(a)(1)(A) | re: table of contents is missing |
| [ ] | 5.2(a)(1)(G) | re: index to appendix / exhibits is to be located in both the front of the brief and in front of an attached appendix |
| [ ] | 5.2(b) | re: length of briefs or memoranda |
| [ ] | 5.3(g) | re: judge's name on all filings |
| [ ] | 10(a) | re: caption is incorrect |
| [ ] | ___________ | re: |

- [ ] No provision in the Rules for the filing of this item
- [x] Joint filings require the signature of both attorneys of record.

s/ Debbie
Deputy Clerk