THOMPSON & SLAGLE, P.C.
ATTORNEYS AT LAW
3295 RIVER EXCHANGE DRIVE
SUITE 300
NORCROSS, GEORGIA 30092

DEWITTE THOMPSON (GA AND FL)
JEFF B. SLAGLE
ALFRED A. MALENA, JR.
W. WRIGHT DEMPSEY, JR.
STEVEN SALCEDO
JOHN D. ALEXANDER
SCOTT K. SPOONER

OF COUNSEL:
BYRON M.G. SANFORD

TELEPHONE
(770) 662-5999
FACSIMILE
(770) 447-6063

DEWITTE THOMPSON
DTHOMPSON@THOMPSONANDSLAGLE.COM

July 7, 2002

Ms. Laura A. Mata
United States Air Force
43D Contracting Squadron
1443 Reilly Road
Suite C
Pope AFB, North Carolina 28308-2896

| | | |
|---|---|---|
| RE: | Principal: | Payne Adams Construction Co., Inc. |
| | Obligee: | U.S. Air Force |
| | Project: | Pope Air Force Base - Alter/Repair 624th Compound Pavement |
| | Bond No.: | S-500-8316 |
| | Contract No.: | F31601-96-C-0019 |

Dear Ms. Mota:

Enclosed please find a letter that we sent to Major Brian T. Varne on June 14, 2002. I received a message from Major Varne that our demand should be directed to your attention. As such, enclosed please find a copy of the letter we sent to Major Varne on June 14, 2002.

Please let me know your response.

Very truly yours,

THOMPSON & SLAGLE, P.C.

Scott K. Spooner

DWT/slb
cc: Major Brian T. Varne
Jeff Goldberg, Washington International

FILE

LAW OFFICES
THOMPSON & SLAGLE
A PROFESSIONAL CORPORATION
3295 RIVER EXCHANGE DRIVE
SUITE 300
NORCROSS, GEORGIA 30092

DEWITTE THOMPSON (GA AND FL)
JEFF B. SLAGLE
ALFRED A. MALENA, JR.
W. WRIGHT DEMPSEY, JR.
STEVEN SALCEDO
JOHN D. ALEXANDER
SCOTT K. SPOONER

OF COUNSEL:
BYRON M.G. SANFORD

TELEPHONE
(770) 662-5999
FACSIMILE
(770) 447-6063

June 14, 2002

Brian T. Varn, Major, USAF
Trial Attorney, Eastern Division
Building 11
2240 B. Street
Wright Patterson AFB
Fairburn, Ohio 45433-7112

| | |
|---|---|
| RE: | Principal: Payne Adams Construction Co., Inc. |
| Obligee: | U.S. Air Force |
| Project: | Pope Air Force Base - Compound Pavement |
| Bond No.: | S-500-8316 |

Dear Major Varn:

As you know, this firm represents Washington International Insurance Company, the surety on the above-referenced project.

Pursuant to the Takeover Agreement between Washington International and the United States Government, Department of the Air Force, Washington International agreed to retain a completion contractor (Barnhill Contracting Company). Washington International subsequently paid Barnhill $241,785.00 to complete the project. The United States Government made partial payments of $129,042.00 to Washington International for project completion.

Payne Adams (the Principal) filed an appeal concerning their alleged default. Per the terms of the Takeover Agreement:

> In the event that a "favorable determination" is made in favor of principal concerning principal's allegations that the default was improper, or if the obligee and principal reach a settlement whereby payment or credit is granted to principle, or if termination for default is converted to a termination for convenience, in the event of the occurrence of any one of the above listed conditions, obligee shall immediately, without further demand, refund the surety the amounts paid by surety to completion contractor less such amounts as may have been paid by obligee to surety pursuant to the original contract.

As you can see from the above figures, Washington International paid Barnhill $241,785.00. The United States Government subsequently paid $129,142.00 as partial payment on the Takeover Agreement. This leaves a balance of $112,743.00. In addition to the contract balance, Washington International was forced to incur administrative expenses and attorneys fees as a result of the administration of the Takeover Agreement. Washington International contracted with Forcon as the administrator of the project and the expenses related to Forcon are incurred expenses of $2,211.18 (see attached invoices). In addition, Washington International incurred legal fees well in the amount of $5,481.00 for administration and costs related to the Takeover Agreement. Therefore, per the Takeover Agreement, Washington International demands immediate payments of $120,435.18.

Please remit full payment within twenty (20) days of the date of this letter. If you have any questions, please do not hesitate to contact me.

THOMPSON & SLAGLE, P.C.

Scott K. Spooner

DWT/slb
Enclosures

1999050403

FORCON INTERNATIONAL – GEORGIA, LTD.
1534 Dunwoody Village Pkwy / Suite 105 / Atlanta, GA 30338
770/390-0980 FAX 770/390/0981

FORCON INTERNATIONAL

December 4, 1998

Jeff Goldberg
Washington International Insurance Co.
300 Park Blvd. Ste #500
Itasca, IL 60143

| | | |
|---|---|---|
| Re: | Principal: | Payne Adams Construction |
| | Obligee: | U.S. Air Force |
| | Reference No.: | S-500-8316 |
| | FORCON No.: | 88001 |
| | Invoice No.: | 88001I |

INVOICE

For Professional Services and Expenses associated with the above referenced claim from November 1, 1998 through November 30, 1998.

Dan Rosis - 8.75 hrs. @ $95/hr. $831.25

Expenses
Telephone $57.40

Total Amount Due: $888.65

Please refer to Invoice No. when making payment.
Federal I.D. No. 58-1722494

FORCON INTERNATIONAL—GEORGIA, LTD.
1534 Dunwoody Village Pkwy / Suite 105 / Atlanta, GA 30338
770/390-0980 FAX 770/390/0981

FORCON INTERNATIONAL

October 5, 1998

Jeff Goldberg
Washington International Insurance Co.
300 Park Blvd. Ste #500
Itasca, IL 60143

| | | |
|---|---|---|
| Re: | Principal: | Payne Adams Construction |
| | Obligee: | U.S. Air Force |
| | Reference No.: | S-500-8316 |
| | FORCON No.: | 88001 |
| | Invoice No.: | 88001H |

INVOICE

For Professional Services and Expenses associated with the above referenced claim from September 1, 1998 through September 30, 1998.

Dan Rosis - 11.0 hrs. @ $95/hr. $1,045.00

Expenses

| | | |
|---|---|---|
| Telephone | $50.28 | |
| Shipping | 24.05 | |
| Subtotal: | $74.33 | |
| Total Amount Due: | | $1,119.33 |

Please refer to Invoice No. when making payment.
Federal I.D. No. 58-1722494

1990 050 49

FORCON INTERNATIONAL—GEORGIA, LTD.
1534 Dunwoody Village Pkwy / Suite 105 / Atlanta, GA 30338
770/390-0980 FAX 770/390/0981

FORCON INTERNATIONAL

February 2, 2001

Jeff Goldberg
Washington International Insurance Co.
300 Park Blvd. Ste #500
Itasca, IL 60143

| Re: | | |
|---|---|---|
| | Principal: | Payne Adams Construction |
| | Obligee: | U.S. Air Force |
| | Reference No.: | S-500-8316 |
| | FORCON No.: | 88001 |
| | Invoice No.: | 880011 |

INVOICE

For Professional Services and Expenses associated with the above referenced claim from January 1, 2001 through January 31, 2001.

| | |
|---|---|
| Dan Rosis - 1.5 hrs. @ $95/hr. | $142.50 |
| Administrative - .5 hr. $ $35/hr. | 17.50 |
| Expenses | |
| 131 copies @ $.25 | 32.75 |
| Mileage | 10.35 |
| Total Amount Due: | $203.10 |

Please refer to Invoice No. when making payment.
Federal I.D. No. 58-1722494

Providing Forensic Consulting and Technical Services