**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | FILE NO. 02-1624C(Judge Allegra) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE AIR FORCE | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated by the undersigned that the time within which Washington International Insurance Company may file its response to Defendant United States Government, Department of the Air Force's Motion to Dismiss is extended to and through June 1, 2003.

This 1st day of May, 2003.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

s/DeWitte Thompson
DeWitte Thompson
Georgia Bar No. 707688

3295 River Exchange Drive
Suite 300
Norcross, Georgia 30092
(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Respectfully Submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/Christian J. Moran

*(Signatures continued on following page)*

*(Signatures continued)*

CHRISTIAN J. MORAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit 8th Floor
1100 L. Street, NW
Washington, D.C. 20530
Telephone: (202) 307-6289
Facsimile: (202) 514-7969

OF COUNSEL:

MAJOR GRAEME S. HENDERSON
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard
Suite 606
Arlington, VA 22209-2403

Attorney for Plaintiff

Attorneys for Defendant

Dated: May 1, 2003

Dated May 1, 2003