**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 02-1624C(Judge Allegra) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE AIR FORCE | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW, Washington International Insurance Company ("Washington International") and files this Unopposed Motion for Extension of Time ("Motion") in which to respond to Defendants Motion to Dismiss for an extension of thirty (30) days up to and through June 1, 2003. This is the first extension of time filed by Washington International related to Defendants Motion to Dismiss. Washington International requests more time to adequately respond. This Motion has been discussed with opposing counsel and no opposition will be filed.

This 2nd day of May, 2003.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

s/DeWitte Thompson
DeWitte Thompson
Georgia Bar No. 707688

3295 River Exchange Drive
Suite 300
Norcross, Georgia 30092
*(Signatures continued on following page)*

*(Signatures continued)*

(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Attorney for Plaintiff

Dated: May 2, 2003