IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1624C (Judge Allegra) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant, the United States, respectfully files this Motion For Enlargement Of Time To File A Reply In Support Of Our Motion To Dismiss. The reply brief is presently due on or before June 10, 2003. We request 7 days, up to and including, June 17, 2003, in which to file a reply brief. We consulted the attorney for the plaintiff who states that the plaintiff does not oppose this request for enlargement of time, which is our first request for this purpose.

After the plaintiff filed its opposition, the undersigned has worked on other assignments. On June 4, 2003, the undersigned presented oral argument in Caspary v. Department of Health and Humans Services, (Fed. Cir. 02-3275). The undersigned is also responsible for filing a motion for judgment upon the

administrative record in Sutton v. United States, (Fed. Cl. 03-90C) on June 6, 2003, and participating in status conference on June 16, 2003, in A.K. Suda, Inc. v. United States, (Fed. Cl. 00-172C), a case recently transferred to the undersigned.

For these reasons, we respectfully request that the Court grant our motion for enlargement of time and that time for filing our reply brief be extended until June 17, 2003.

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone (202) 307-6289
Facsimile (202) 514-7969

Attorneys for Defendant

Of Counsel:

MAJOR GRAEME S. HENDERSON
Attorney
Department of the Air Force
AFSLA/JACN
1501 Wilson Boulevard,
Suite 606
Arlington, VA 22209-2403

Date: June 9, 2003