# In The United States Court of Federal Claims

No. 02-1624C

(Filed: September 23, 2003)

---

WASHINGTON INTERNATIONAL
INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic oral argument on the defendant's motion to dismiss will be held in this case on Thursday, November 20, 2003, at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge