# In The United States Court of Federal Claims

No. 02-1624C

(Filed: November 21, 2003)

WASHINGTON INTERNATIONAL
INSURANCE COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 20, 2003, oral argument was held in this case on defendant's motion to dismiss. Participating in the oral argument were: Dewitte Thompson, on behalf of plaintiff, and Christian Moran, on behalf of defendant. At the conclusion of oral argument, the court ordered plaintiff to take one of the three following actions:

1. On or before December 12, 2003, plaintiff shall file a motion to amend its complaint in this case to include a count based solely on its surety arrangement; or,

2. On or before December 12, 2003, plaintiff shall move voluntarily to dismiss its complaint in order to allow a certified claim to be considered by the contracting officer (should this happen, the court will waive the filing fee on plaintiff's subsequent complaint and provide for expedited treatment of that complaint); or,

3. On or before December 12, 2003, plaintiff shall file a status report with the court indicating that, after consultation with its counsel, plaintiff desires that the court render a decision on defendant's motion to dismiss.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge