**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 02-1624C(Judge Allegra) |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE AIR FORCE | ) | |
| Defendant. | ) | |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff, Washington International Insurance Company ("Plaintiff"), pursuant to an Order entered in this case on November 21, 2003 and hereby moves voluntarily to dismiss its Complaint without prejudice against the United States Government, Department of the Air Force in order to allow Plaintiff to file a certified claim to the contracting officer. Plaintiff files this Motion for Voluntary Dismissal Without Prejudice with the understanding that the Court will waive the filing fee on Plaintiff's subsequent Complaint and provide for an expedited treatment of that Complaint.

This 11th day of December, 2003.

Respectfully submitted,

THOMPSON & SLAGLE, P.C.

s/DeWitte Thompson

DeWitte Thompson
Georgia Bar No. 707688
3295 River Exchange Drive
Suite 300
*(Signature continued on following page)*

*(Signature continued)*

Norcross, Georgia 30092
(770) 662-5999
(770) 447-6063 Facsimile
dthompson@thompsonandslagle.com

Attorney for Plaintiff

Dated: December 11, 2003