# In the United States Court of Federal Claims

**No. 02-1624 C**

**WASHINGTON INTERNATIONAL INSURANCE CO.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order, filed December 15, 2003, granting plaintiff's motion to voluntarily dismiss pursuant to Rule 41(a),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Acting Clerk of Court

**December 16, 2003**

By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies

and listing of all plaintiffs. Filing fee is $255.00.